FILED

04/25/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0104

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## Case No. DA 24-0104

---

BRANDON MADLAND, an individual; MEGAN MADLAND, an individual; JOHN DOES 1-10; and, ABC CORPORATIONS 1-10,

        Appellants.

v.

JOSEPH McGILLIS, an individual; and, JENNIFER McGILLIS, an individual,

        Appellees,

McMAD ENTERPRISES, LLC,

        Necessary Party.

---

## ORDER GRANTING APPELLANTS' MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF

---

Upon review of the Appellants' Motion for Extension of Time to file Opening Brief, there being no opposition, and good cause appearing;

IT IS HEREBY ORDERED that the deadline for the Appellants to file their opening brief is extended until May 29, 2024.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
April 25 2024